

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00382-CV

IN THE INTEREST OF B.S., A CHILD

§ On Appeal from the 30th District Court

§ of Wichita County (186,705-A)

§ January 6, 2022

§ Memorandum Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is reversed and remanded. We reverse the trial court's judgment and remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that Appellee shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack